584 A.2d 239

DANIEL TUMPSON, ET AL. v. JAMES FARINA, ETC., ET AL.

June 7, 1990.

Petition for certification granted. (See 240 *N.J.Super.* 346, 573 *A.*2d 472)

584 A.2d 239

STATE OF NEW JERSEY v. JOSEPH NICHOLAS MERLINO.

June 7, 1990.

Petition for certification denied.

584 A.2d 239

SHERRY LAWRENCE, ETC. v. STEPHEN APOLLO

LESLIE APOLLO v. LAWRENCE LAWRENCE.

June 7, 1990.

Petition for certification denied.

584 A.2d 239

HARRY VENABLE v. JACINTO WESLY, M.D.

June 7, 1990.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Olah v. Slobodian,* 119 *N.J.* 119, 574 *A.*2d 411 (1990) and *Scafidi v. Seiler,* 119 *N.J.* 93, 574 *A.*2d 398 (1990).